Joel D. Odou
Nevada Bar No. 7468
jodou@wshblaw.com
Christina M. Mamer
Nevada Bar No. 13181
cmamer@wshblaw.com
Wood, Smith, Henning & Berman LLP
7674 West Lake Mead Boulevard, Suite 150
Las Vegas, Nevada 89128-6644
Telephone: 702 251 4100
Facsimile: 702 251 5405

Attorneys for BROOKSTONE STORES, INC.

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| ALEXANDER "SASHA" RIES, a Minor, by and through his Guardian Ad Litem, MICHAEL RIES,<br><br>Plaintiff,<br><br>v.<br><br>CARDIFF SPORT TECHNOLOGIES, LLC dba CARDIFF SKATE COMPANY, a Delaware Limited-Liability Company; BROOKSTONE STORES, INC., a Foreign Corporation dba BROOKSTONE; DOES 1 through 300, inclusive; ROE CORPORATIONS 1 through 300, inclusive,<br><br>Defendants. | Case No. 2:18-cv-00655-GMN-CWH<br><br>**STIPULATION AND ORDER TO EXTEND TIME TO FILE ANSWER OR OTHER RESPONSIVE PLEADING TO PLAINTIFF'S COMPLAINT** |

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

# STIPULATION AND ORDER TO EXTEND TIME TO FILE ANSWER OR OTHER RESPONSIVE PLEADING TO PLAINTIFF'S COMPLAINT

It is hereby STIPULATED and AGREED to by PLAINTIFF ALEXANDER "SASHA" RIES, a Minor, by and through his Guardian Ad Litem, MICHAEL RIES and Defendant, BROOKSTONE STORES, INC. by and through their respective counsel of record, that BROOKSTONE STORES, INC. have an extension to file an Answer or other responsive pleading to Plaintiff's Complaint by May 8, 2018.

DATED this 1st of May, 2018.

**EGLET PRINCE**

By: */s/Joseph Troiano*
DENNIS M. PRINCE, ESQ.
Nevada Bar No. 5092
JOSEPH TROIANO, ESQ.
Nevada Bar No. 12505
400 S. 7th Street, Ste. 400
Las Vegas, NV 89101
Tel: 702.450.5400
Attorneys for Plaintiff, ALEXANDER "SASHA" RIES, a Minor, by and through his Guardian Ad Litem, MICHAEL RIES

**WOOD, SMITH, HENNING & BERMAN LLP**

By: */s/ Christina M. Mamer*
JOEL D. ODOU
Nevada Bar No. 7468
CHRISTINA M. MAMER
Nevada Bar No. 13181
7674 West Lake Mead Blvd., Suite 150
Las Vegas, Nevada 89128-6644
Tel: 702.251.4100
Attorneys for Defendant, BROOKSTONE STORES, INC.

**IT IS SO ORDERED.**

_____
U.S. Magistrate Judge

May 2, 2018
_____
Date