DENNIS M. PRINCE, ESQ.
Nevada Bar No. 5092
ROBERT M. ADAMS, ESQ.
Nevada Bar No. 6551
KEVIN T. STRONG, ESQ.
Nevada Bar No. 12107
**EGLET PRINCE**
400 South 7th Street, 4th Floor
Las Vegas, Nevada 89101
Tel.: 702-450-5400
Fax: 702-450-5451
E-mail eservice@egletlaw.com
*Attorneys for Plaintiff*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| ALEXANDER "SASHA" RIES, a minor, by and through his Guardian Ad Litem, Michael Ries,<br><br>Plaintiffs,<br><br>vs.<br><br>CARDIFF SPORT TECHNOLOGIES, LLC, dba CARDIFF SKATE COMPANY, a Delaware limited liability company; BROOKSTONE STORES, INC., a foreign corporation dba BROOKSTONE; DOES 1 through 300, inclusive; ROE CORPORATIONS 1 through 300, inclusive,<br><br>Defendants. | CASE NO.: 2:18-cv-00655-GMN-CWH<br><br>**STIPULATION AND ORDER TO EXTEND PLAINTIFF'S TIME TO FILE OPPOSITION TO DEFENDANT CARDIFF SPORT TECHNOLOGIES, LLC'S MOTION FOR TRANSFER/CHANGE OF VENUE TO NORTHERN DIVISION**<br><br>**(FIRST REQUEST)** |

IT IS HEREBY STIPULATED AND AGREED between Plaintiffs ALEXANDER "SASHA" RIES, a minor, by and through his Guardian Ad Litem, Michael Ries, and Defendant CARDIFF SPORT TECHNOLOGIES, LLC, by and through the parties' respective counsel, pending the Court's approval, that the deadline for Plaintiffs to file their Opposition to Defendant Cardiff Sport Technologies, LLC's Motion for Transfer/Change of Venue to Northern Division shall be extended from May 7, 2018 to May 14, 2018. The Motion was filed on April 23, 2018.

The purpose of requesting this extension is due to the numerous pre-trial motion deadlines Plaintiffs' counsel has had to address for various cases in the Eighth Judicial District Court of Nevada and the complexities of the legal issues raised in Defendant's Motion.

In light of these issues, pending the Court's approval, counsel for Defendant/Movant Cardiff Sport Technologies, LLC has graciously agreed to a one-week extension, through and until May 14, 2018, for Plaintiffs to file their Opposition to Defendant Cardiff Sport Technologies, LLC's Motion for Transfer/Change of Venue to Northern Division. This is the <u>first extension</u> requested in connection with the underlying motion and the parties do not anticipate requesting another extension as it relates to the instant motion. The parties understand the need to complete the briefing of this Motion. Therefore, the parties respectfully request that this Court approve the foregoing stipulation.

DATED this 7th day of May, 2018      DATED this 7th day of May, 2018

/s/ Dennis M. Prince      /s/ Stephen G. Castronova
DENNIS M. PRINCE, ESQ.      STEPHEN G. CASTRONOVA, ESQ.
Nevada Bar No. 5092      Nevada Bar No. 7305
ROBERT M. ADAMS, ESQ.      **CASTRONOVA LAW OFFICES, P.C.**
Nevada Bar No. 6551      605 Forest Street
KEVIN T. STRONG, ESQ.      Reno, Nevada 89509
Nevada Bar No. 12107      *Attorneys for Defendant*
**EGLET PRINCE**      *Cardiff Sport Technologies, LLC*
400 South 7th Street, 4th Floor
Las Vegas, Nevada 89101
*Attorneys for Plaintiffs*

**ORDER**

**IT IS SO ORDERED.**

Dated this __7__ day of May, 2018.

_____
UNITED STATES MAGISTRATE JUDGE