DENNIS M. PRINCE, ESQ.
Nevada Bar No. 5092
ROBERT M. ADAMS, ESQ.
Nevada Bar No. 6551
KEVIN T. STRONG, ESQ.
Nevada Bar No. 12107
**EGLET PRINCE**
400 South 7th Street, 4th Floor
Las Vegas, Nevada 89101
Tel.:   702-450-5400
Fax:   702-450-5451
E-mail eservice@egletlaw.com
*Attorneys for Plaintiff*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| ALEXANDER "SASHA" RIES, a minor, by and through his Guardian Ad Litem, Michael Ries,<br><br>Plaintiffs,<br><br>vs.<br><br>CARDIFF SPORT TECHNOLOGIES, LLC, dba CARDIFF SKATE COMPANY, a Delaware limited liability company; BROOKSTONE STORES, INC., a foreign corporation dba BROOKSTONE; DOES 1 through 300, inclusive; ROE CORPORATIONS 1 through 300, inclusive,<br><br>Defendants. | CASE NO.: 2:18-cv-00655-GMN-CWH<br><br>**STIPULATION AND ORDER TO EXTEND PLAINTIFF'S TIME TO FILE OPPOSITION TO DEFENDANT CARDIFF SPORT TECHNOLOGIES, LLC'S MOTION FOR TRANSFER/CHANGE OF VENUE TO NORTHERN DIVISION**<br><br>**(SECOND REQUEST)** |

IT IS HEREBY STIPULATED AND AGREED between Plaintiffs ALEXANDER "SASHA" RIES, a minor, by and through his Guardian Ad Litem, Michael Ries, and Defendants CARDIFF SPORT TECHNOLOGIES, LLC and BROOKSTONE STORES, INC., by and through the parties' respective counsel, pending the Court's approval, that the deadline for Plaintiffs to file their Opposition to Defendant Cardiff Sport Technologies, LLC's Motion for Transfer/Change of Venue to Northern Division and Defendant Brookstone Stores, Inc.'s Joinder thereto shall be extended from May 14, 2018 to May 21, 2018.  The Motion was filed on April 23, 2018.

The purpose for the parties' request is that they continue to meet and confer regarding the substance of the motion in an effort to resolve the issues outlined therein. In light of this, the parties have all agreed to an additional one-week extension, through and until May 21, 2018, for Plaintiffs to file their Opposition should the parties be unable to reach a stipulation regarding the substance of the motion. Therefore, the parties respectfully request that this Court approve the foregoing stipulation.

DATED this 14th day of May, 2018					DATED this 14th day of May, 2018

*/s/ Dennis M. Prince*						*/s/ Stephen G. Castronova*
DENNIS M. PRINCE, ESQ.					STEPHEN G. CASTRONOVA, ESQ.
Nevada Bar No. 5092						Nevada Bar No. 7305
ROBERT M. ADAMS, ESQ.					**CASTRONOVA LAW OFFICES, P.C.**
Nevada Bar No. 6551						605 Forest Street
KEVIN T. STRONG, ESQ.					Reno, Nevada 89509
Nevada Bar No. 12107						*Attorneys for Defendant*
**EGLET PRINCE**						*Cardiff Sport Technologies, LLC*
400 South 7th Street, 4th Floor
Las Vegas, Nevada 89101
*Attorneys for Plaintiffs*

								DATED this 14th day of May, 2018

								*/s/ Christina M. Mamer*
								JOEL D. ODOU, ESQ.
								Nevada Bar No. 7468
								CHRISTINA M. MAMER, ESQ.
								**WOOD, SMITH, HENNING & BERMAN, LLP**
								7674 W. Lake Mead Boulevard, Suite 150
								Las Vegas, Nevada 89128
								*Attorneys for Defendant*
								*Brookstone Stores, Inc.*

**ORDER**

**IT IS SO ORDERED.**

Dated this _16_ day of May, 2018.

_____
UNITED STATES MAGISTRATE JUDGE

2